IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH O'BRIEN,

    Petitioner,

v.                                Case No. 1:16cv382-MW/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 48, and has also reviewed *de novo* Petitioner's objection to the report and recommendation, ECF No. 51. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objection, as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Petition for Writ of Habeas Corpus, ECF No. 11, challenging the judgment of conviction and sentence in *State of Florida v. Kenneth O'Brien*, Alachua County Circuit Court Case No. 2008-CF-4088, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on October 31, 3018.

                                                   s/ MARK E. WALKER
                                                   Chief United States District Judge